

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00256-CR
### NO. 02-14-00257-CR

SHULANDRA E. PRICE                                              APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1335007D, 1367804D

----------

## MEMORANDUM OPINION[1]

----------

Appellant filed a timely, pro se notice of appeal on July 2, 2014. On July 11, 2014, we sent appellant and her counsel a letter notifying them that the trial court's certifications of appellant's right to appeal indicated that these are plea-bargain cases and appellant has no right of appeal. *See* Tex. R. App. P. 44.3. No party has filed a response showing grounds for continuing the appeals.

---

[1]*See* Tex. R. App. P. 47.4.

Accordingly, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 29, 2014